# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Amerisure Insurance Co. et al. vs. Premier Design + Build et al.

Case Number: 1:23-cv-16006

An appearance is hereby filed by the undersigned as attorney for:
Amerisure Insurance Company and Amerisure Mutual Insurance Company

Attorney name (type or print): Donald E. Elder

Firm: Emerson & Elder, P.C.

Street address: 53 W. Jackson Blvd., Ste 526

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6255889
(See item 3 in instructions)

Telephone Number: (312) 520-2502

Email Address: dee@emersonelder.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 15, 2023

Attorney signature: S/ Donald E. Elder
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015