**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Case No. 1:23-cv-16006 ) ) Honorable John J. Tharp, Jr. |
| PREMIER DESIGN + BUILD, LLC, MG EAST, LLC, STARR INDEMNITY & LIABILITY INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and STARR INDEMNITY & LIABILITY INSURANCE COMPANY, | ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

**DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S**
**AGREED MOTION FOR EXTENSION OF TIME**

Defendant, Starr Indemnity & Liability Company ("Starr"), for its Agreed Motion for Extension of Time, states as follows:

1. Starr was served, through the Illinois Department of Insurance, with a copy of the summons and Second Amended Complaint in this matter on or about November 6, 2024.

2. Starr received a copy of the summons and Second Amended Complaint on or about November 20, 2024.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Starr's responsive pleading was due on November 27, 2024.

4. Undersigned counsel has conferred with counsel for Plaintiffs who have agreed to an extension of time through January 29, 2025 for Starr to file its response to the Second Amended Complaint.

5. This motion is not made for any improper purpose, and no parties will be prejudiced by the proposed extension of time.

WHEREFORE, Starr Indemnity & Liability Company requests that this Court grant Starr an extension through January 29, 2025, to answer or otherwise respond to the Second Amended Complaint, and that the Court grant any further relief deemed just and appropriate.

Dated: January 10, 2025   Respectfully Submitted,

**Starr Indemnity & Liability Company**

By: */s/ Elisabeth C. Ross*
    One of its Attorneys

Elisabeth C. Ross (IL Bar #6220648)
**KENNEDYS CMK, LLP**
30 S. Wacker Dr., Ste. 3650
Chicago, IL 60606
Telephone: (312) 800 5023
Elisabethc.Ross@kennedyslaw.com

Kristen D. Perkins (*pro hac vice* forthcoming)
**KENNEDYS CMK, LLP**
100 SE3rd Ave., Suite 806
Fort Lauderdale, FL 33394
Telephone: (786) 322 7023
Kristen.Perkins@kennedyslaw.com

*Attorneys for Defendant*
*Starr Indemnity & Liability Company*