# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | Court No. 1:23-cv-16006 |
| Plaintiffs, | Honorable John J. Tharp, Jr |
| v. | Courtroom 2303 |
| PREMIER DESIGN + BUILD GROUP, LLC, MG EAST, LLC, STARR INDEMNITY & LIABILITY INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and KINSALE INSURANCE COMPANY, | |
| Defendants | |

## AGREED MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADINGS

Defendant, LIBERTY MUTUAL FIRE INSURANCE, by and through its Attorneys, Daniel T. Loucks and Devin A. Fairrow of Best, Vanderlaan & Harrington, hereby moves this Court for an Enlargement of Time to File its Responsive Pleadings, state as follows:

1. Defendant recently retained Daniel T. Loucks and Devin A. Fairrow, of the law firm of Best, Vanderlaan & Harrington, as their defense counsel in this matter.

2. On January 13, 2025, Defendant's counsel entered their Appearances in this matter.

3. Defendant respectfully requests that it be granted an enlargement of time of 21 days from the date of ruling on this Motion in which to file its Responsive pleading in this matter, to allow Defendant time to consult with its newly retained attorneys regarding defense of this matter, and to allow sufficient time for Defendant's counsel to prepare responsive pleadings.

4. This Motion is not brought for the purposes of delay and no parties will be prejudiced by granting the extension requested herein.

5. Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff does not oppose the relief sought herein.

6. This is Defendant's First Motion for Extension of Time to file its Responsive Pleadings.

7. Defendant further respectfully requests that any and all default judgments entered against it, technical or otherwise, are hereby vacated, and that this Court enter an order reflecting the same.

WHEREFORE, the Defendant, LIBERTY MUTUAL FIRE INSURANCE, respectfully requests this Honorable Court enter an Order granting an enlargement of time of 21 days for Defendant to file its Responsive Pleading, to vacate any and all defaults against Defendant, technical or otherwise, and for any other relief in its favor this Court deems appropriate.

Respectfully Submitted,

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

By:*/s/ Daniel T. Loucks*
 One of its Attorneys

Daniel T. Loucks #6321030
Devin A. Fairrow #6335849
**Best, Vanderlaan & Harrington**
200 N. LaSalle St., Suite 2600
Chicago IL 60601
(312) 819-1100
(312) 819-8062 (Fax)
**Per Supreme Court Rule 11, E-Service is accepted only at: eservice@bestfirm.com**

## **CERTIFICATE OF SERVICE**

   I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **Operation of the Court's Electronic Filing System** to the attorney(s) of record at the address(es) and/or facsimile number(s) of record from 200 N. LaSalle St., Suite 2600 Chicago IL 60601 prior to 5:00 p.m. on January 14, 2025.

                  */s/ Daniel T. Loucks*

Re: Amerisure Insurance Company v. Liberty Mutual Fire Insurance Company, et al.
     Court No.: 1:23-cv-16006
     BVH File: LIB.24826

## **ATTORNEY SERVICE LIST**

Donald E. Elder
Brett L. Warning
Kevin Wenzel
**Emerson & Elder, P.C.**
53 West Jackson Blvd., Suite 526
Chicago, Il 60604
Tel: (312) 520-2502
Fax: (312) 265-1603
dee@emersonelder.com
brett@emersonelder.com
kevin@emersonelder.com
Attorneys for Plaintiffs
Amerisure Insurance Company and
Amerisure Mutual Insurance Company