**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Amerisure Insurance Company, et al.

           Plaintiff,

v.                   Case No.: 1:23−cv−16006
                     Honorable John J. Tharp Jr.

Premier Design + Build Group, LLC, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2025:

   MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain for discovery scheduling and supervision (including authority to resolve motions for protective orders and confidentiality orders) and settlement [55, 56]. Because a discovery schedule has already been set, the parties are expected to proceed with discovery unless they move for and obtain a court−ordered stay of discovery. A joint status report is due on 04/14/2025 to update the Court on: (a) the progress of discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. Before filing any discovery motions in this case, the parties must review and comply with Magistrate Judge McShain's standing order for discovery motions (available on the Court's website by selecting the link for Magistrate Judge McShain and then the link for "Discovery Motion Requirements"). The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.