**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> PREMIER DESIGN + BUILD GROUP, LLC, et al., <br><br> Defendants. | No. 1:23-cv-16006 <br><br> Honorable John J. Tharp, Jr. |

**PLAINTIFFS AMERISURE INSURANCE COMPANY AND
AMERISURE MUTUAL INSURANCE COMPANY AND DEFENDANTS PREMIER
DESIGN + BUILD GROUP, LLC, STARR INDEMNITY & LIABILITY COMPANY,
AND LIBERTY MUTUAL FIRE INSURANCE COMPANY'S JOINT UNOPPOSED
MOTION TO AMEND CASE MANAGEMENT SCHEDULE**

NOW COME Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively "Amerisure") and Defendants Premier Design + Build Group, LLC, Starr Indemnity & Liability Company ("Starr Indemnity"), and Liberty Mutual Fire Insurance Company ("Liberty Mutual"), and for their Joint Unopposed Motion for Leave to Amend Case Management Schedule, respectfully state as follows:

1. On November 15, 2023, Amerisure filed this Action against Premier Design + Build Group, LLC ("Premier Design") and MG East, LLC seeking a declaration as to the rights and obligations of the parties under Commercial General Liability and Umbrella Liability insurance policies issued by Amerisure to Premier Design with respect to an underlying construction defect case filed against Premier Design in the Circuit Court of Cook County, Illinois, Law Division, captioned *MG East, LLC v. Premier Design + Build Group*, Case No.: 2023L008851 ("Underlying Action") [Docket Entry "D.E." 1].

2. In the original Complaint filed in this Action, Amerisure alleged that no duty to defend or indemnify is owed to Premier Design under the Amerisure policies in connection with the claims alleged against Premier Design in the Underlying Action.

3. Amerisure filed an Amended Complaint on December 7, 2023 [D.E. 8], addressing jurisdictional issues raised by the Court's Minute Entry of November 21, 2023 [D.E. 7].

4. Shortly after filing the Amended Complaint, Amerisure agreed to a defense of Premier Design in the Underlying Action.

5. Thereafter, Amerisure sought and was granted leave to amend the Amended Complaint to add three insurers of several subcontractors of Premier Design at the construction project which is at issue in the Underlying Action.

6. Amerisure filed its Second Amended Complaint on October 21, 2024 [D.E. 20].

7. On February 13, 2025, the Court issued a Minute Entry [D.E. 55] which adopted the parties' proposed case management schedule set forth in the Joint Initial Status Report [D.E. 54, p. 7] and which set October 15, 2025 as the deadline to file any dispositive motions regarding the duty to defend.

8. On January 29, 2025, Starr Indemnity filed a Motion to Dismiss the Second Amended Complaint [D.E. 44]. Amerisure filed a Response to the Motion to Dismiss on February 27, 2025 [D.E. 59], and on March 20, 2025, Starr Indemnity filed a Reply in support of its Motion to Dismiss [D.E. 61].

9. On February 5, 2025, Liberty Mutual filed a Motion to Dismiss the Second Amended Complaint [D.E. 47]. Amerisure filed a Response to the Motion to Dismiss on March 12, 2025 [D.E. 60], and on April 2, 2025, Liberty Mutual filed a Reply in support of its Motion to Dismiss [D.E. 62].

10. Given that the Motions to Dismiss of Starr Indemnity and Liberty Mutual are pending, and in the interest of saving judicial and party resources, the parties to this Motion respectfully request an amendment of the case management schedule to extend the filing deadline for dispositive motions regarding the duty to defend to sixty (60) days after the Court has issued rulings on both pending Motions to Dismiss.

11. Amerisure has not previously requested amendment of the case management schedule and no party will be prejudiced by this request.

12. Amerisure maintains that there is good cause to grant leave to amend the case management schedule in this matter to allow for the ruling on the two pending Motions to Dismiss prior to filing any dispositive motions regarding the duty to defend.

### Meet and Confer Conference

Pursuant to the Court's Motion Practice Case Procedure, counsel for Defendants Premier Design, Starr Indemnity, and Liberty Mutual agree with the relief sought in this Motion. Counsel for Defendant MG East, LLC, which is included in this case as an interested party only based on its position as plaintiff in the underlying action to this case, stated that MG East, LLC does not take a position as to this Motion. Counsel for Defendant Kinsale Insurance Company ("Kinsale"), stated that because Kinsale did not file a motion to dismiss, it does not take a position as to this Motion.

**WHEREFORE,** Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company, and Defendants Premier Design + Build Group, LLC, Premier Design + Build National, LLC, Starr Indemnity & Liability Company, and Liberty Mutual Fire Insurance Company respectfully request that this Honorable Court enter an order granting this Motion and amending the case management schedule to extend the deadline by which to file dispositive

motions regarding the duty to defend to sixty (60) days after the Court has ruled on both pending Motions to Dismiss, and grant all further relief this Court deems just and proper.

                                            Respectfully submitted,

                                            /s/ *Donald E. Elder*

Donald E. Elder
Illinois State Bar No. 6255889
Brett L. Warning
Illinois State Bar No. 6199057
Emerson & Elder, P.C.
53 West Jackson Blvd.
Suite 526
Chicago, IL 60604
Tel: (312) 519-8975
Fax: (312) 265-1603
Email: dee@emersonelder.com
Email: brett@emersonelder.com

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on September 15, 2025, a true and correct copy of the foregoing document has been furnished electronically to all counsel of record via the Court's CM/ECF system.

          /s/ *Donald E. Elder*

          Donald E. Elder (IL ARDC #6255889)
          Emerson & Elder, P.C.
          53 West Jackson Boulevard, Suite 526
          Chicago, Illinois 60604
          Telephone: (312) 520-2502
          Facsimile: (312) 265-1603
          E-mail: dee@emersonelder.com
          *Attorney for Plaintiffs/Counter-Defendants*
          *Amerisure Insurance Company and*
          *Amerisure Mutual Insurance Company*