# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Amerisure Insurance Company, et al.

                                      Plaintiff,

v.                                                                 Case No.: 1:23−cv−16006

                                                                                 Honorable John J. Tharp Jr.

Premier Design + Build Group, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties' motion to amend the case management schedule [70] is granted. The filing deadline for dispositive motions is now 60 days after the Court has issued rulings on both pending motions to dismiss [44], [47]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.