## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Amerisure Insurance Company, et al.

                                Plaintiff,

v.

                                Case No.: 1:23−cv−16006
                                Honorable John J. Tharp Jr.

Premier Design + Build Group, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court is in receipt of the plaintiff's letter requesting a status report [73]. The motion to dismiss [47] remains under consideration. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.