# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-16006 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| PREMIER DESIGN + BUILD, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL
## AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17, Attorney Elisabeth C. Ross of KENNEDYS CMK LLP, hereby withdraws her appearance as counsel on behalf of Defendant Starr Indemnity & Liability Company ("Starr"). Attorney Joshua S. Patrick, also of KENNEDYS CMK LLP, hereby submits his appearance on behalf of Starr in this matter, and will continue as counsel for Starr following Attorney Ross's withdrawal.

Dated: July 30, 2026

Respectfully Submitted,

**Starr Indemnity & Liability Company**

By: */s/* Joshua S. Patrick
One of its Attorneys

Joshua S. Patrick(IL Bar #6302722)
Elisabeth C. Ross (IL Bar #6220648)
KENNEDYS CMK, LLP
30 S. Wacker Dr., Ste. 3650
Chicago, IL 60606
Telephone: (312) 800 5023
Joshua.Patrick@kennedyslaw.com
ElisabethC.Ross@kennedyslaw.com

Kristen D. Perkins (*pro hac vice* forthcoming)
KENNEDYS CMK, LLP
100 SE3rd Ave., Suite 806
Fort Lauderdale, FL 33394

1

Telephone: (786) 322 7023
Kristen.Perkins@kennedyslaw.com

*Attorneys for Defendant*
*Starr Indemnity & Liability Company*

2