# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: AMERISURE INSURANCE COMPANY, et al.,. v.

Case Number: 1:23-cv-16006

PREMIER DESIGN + BUILD, LLC, et al.,

An appearance is hereby filed by the undersigned as attorney for:
Starr Indemnity & Liability Company

Attorney name (type or print):  Joshua S. Patrick

Firm:    KENNEDYS CMK

Street address:     30 S. Wacker Drive, Suite 3650

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6302722
(See item 3  in instructions)

Telephone Number:    (312) 800-5000

Email Address: Joshua.Patrick@kennedyslaw.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 30, 2026

Attorney signature:     S/ Joshua S. Patrick
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023